# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

140533

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL REED,
      Defendant-Appellant.

SC: 140533
COA: 295620
Oakland CC: 09-225727-FH

_____/

On order of the Court, the application for leave to appeal the January 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010 _____

_____
Clerk

y0616